UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIANN ANDREEN, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CATHY L. LANIER, *et al.,* : <br> : <br> Defendants. : <br> _____: | C.A. No.: 08-0810 (ESH) |

**CONSENT MOTION TO ENLARGE TIME TO FILE MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S MOTION TO REINSTATE ON BEHALF OF
THE DISTRICT OF COLUMBIA AND POLICE CHIEF CATHY LANIER**

Pursuant to Fed. R. Civ. P. 6(b), Defendants District of Columbia ("District") and Police Chief Cathy Lanier, by and through undersigned counsel and with the consent of Plaintiff, hereby move this Honorable Court for an enlargement of time — up to and including **July 18, 2008** — to file a brief in opposition to Plaintiff's Motion to Reinstate. As grounds therefor, Defendants represent as follows:

1. Plaintiff filed suit on or about May 9, 2008. On or about June 12, 2008, Defendants filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6). [Docket # 5].

2. By Minute Entry dated June 27, 2008, this Honorable Court granted Defendants' motion — dismissing all of Plaintiff's federal claims with prejudice, and her state law claims without prejudice — because Plaintiff conceded Defendants' motion by failing to timely respond. *See* LCvR 7(b).

3. On or about June 30, 2008, Plaintiff filed a Motion to Alter or Amend Judgment of the Court's June 27, 2008 Minute Order Granting the Motion to Dismiss of District of

Columbia and Chief Cathy Lanier. [Docket # 7].[1] An opposition memo may be due on or about July 14, 2008.

4. Defendants respectfully request that this Court extend the time to file their opposition memo for an additional four (4) days — up to and including **July 18, 2008**.

5. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6. Plaintiff consents to the relief requested in this motion.

7. No party will be unduly prejudiced by this very brief enlargement of time should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), Defendants request additional time — up to and including July 18, 2008 — to file their brief in opposition to Plaintiff's Motion to Reinstate. A memorandum of points and authorities in support of this motion is attached hereto.

                    Respectfully Submitted,

                    PETER J. NICKLES
                    Interim Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

                    _____/s/_____
                    PATRICIA A. JONES [428132]
                    Chief, General Litigation Sec. IV

---

[1] On or about July 1st, the Court informed undersigned counsel that Plaintiff's motion would be treated as a Motion to Reinstate.

                    ___/s/ Dwayne C. Jefferson_____
                    DWAYNE C. JEFFERSON [980813]
                    Assistant Attorney General
                    One Judiciary Square
                    441 4th St., N.W., 6th Floor South
                    Washington, D.C. 20001
                    (202) 724-6649; (202) 727-6295; (202) 741-0554 fax
                    dwayne.jefferson@dc.gov

## LCvR 7(m) CERTIFICATION

I hereby certify that on July 14, 2008, Plaintiff counsel consented to the relief sought in this motion.

                                      _____Dwayne C. Jefferson_____
                                      Dwayne C. Jefferson
                                      Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIANN ANDREEN,             : | |
|       Plaintiff,                  : | |
| v.                              : | C.A. No.: 08-0810 (ESH) |
| CATHY L. LANIER, *et al.*,    : | |
|       Defendants.           : | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION MEMO**

In support of their Motion for Enlargement of Time to File an Opposition Memo, Defendants District of Columbia ("District") and Police Chief Cathy Lanier, rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. Consent of Plaintiff.

4. The record herein.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

        /s/ Dwayne C. Jefferson
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIANN ANDREEN, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 08-0810 (ESH) |
| CATHY L. LANIER, *et al.,* | : |
| Defendants. | : |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File a Memorandum in Opposition to Plaintiff's Motion to Reinstate, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this ____ day of _____ 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That Defendants District of Columbia and Police Chief Cathy Lanier's time to file their memorandum in opposition to Plaintiff's Motion to Reinstate is extended up to and including July 18, 2008.

_____
**HON. ELLEN S. HUVELLE**
Judge, U.S. District Court
For the District of Columbia