UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juliann Andreen ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff ) | Case No.: 1:08-cv-00810 ESH |
| ) | |
| v. ) | |
| Chief Cathy L. Lanier, et al. ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Verified Complaint and Initial Electronic Case Filing Order
SERVE TO: Detective Earl Delauder
SERVICE ADDRESS: 13158 Trails End Court, Manassas, Virginia 20112

DATE SERVED: July 01, 2008   TIME SERVED: 9:20 AM
PERSON SERVED: Elaine Delauder, wife of Detective Earl Delauder, a person of suitable age and discretion who stated that he/she resides therein with Detective Earl Delauder.

Elaine Delauder is described herein as:
Gender: Female   Race/Skin: White   Hair: Blonde   Age: 46   Height: 5'2"   Weight: 135

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-2-08
Executed on:

Thomas Parks
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002681                                              Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juliann Andreen

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

Case: 1:08-cv-00810
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve:
Metropolitan Police Detective Earl Delauder
Metropolitan Police Department of Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC 20036-2245

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY - 9 2008

CLERK                                          DATE

(By) DEPUTY CLERK