UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juliann Andreen | )<br>)<br>) |
| **Plaintiff** | )<br>) Case No.: 1:08-cv-00810 ESH<br>) |
| v. | ) |
| Chief Cathy L. Lanier, et al. | )<br>)<br>) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Verified Complaint and Initial Electronic Case Filing Order
SERVE TO: Officer Justin Linville
SERVICE ADDRESS: 2105 Grays Road, Prince Frederick, Maryland 20678

DATE SERVED: July 01, 2008   TIME SERVED: 6:45 AM
PERSON SERVED: Terry Linville, father of Officer Justin Linville, a person of suitable age and discretion who stated that he/she resides therein with Officer Justin Linville.

Terry Linville is described herein as:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 48   Height: 5'11"   Weight: 205

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

07/03/08
Executed on:

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002677                                                                                                           Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juliann Andreen

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

Case: 1:08-cv-00810
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve:
Metropolitan Police Officer Justin Linville
Metropolitan Police Department of Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAY - 9 2008

CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK