UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juliann Andreen | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-00810 ESH |
| v. | ) |
| Chief Cathy L. Lanier, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Verified Complaint and Initial Electronic Case Filing Order

SERVE TO:  Sergeant Curt Sloan
SERVICE ADDRESS:  4790 Lancaster Circle, Waldorf, Maryland 20603

DATE SERVED:  July 04, 2008   TIME SERVED:  10:00 AM

PERSON SERVED:  Sergeant Curt Sloan, personally

Described herein:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 47    Height: 6'1"    Weight: 225

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 7/7/08

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002680                                                                                              Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Juliann Andreen

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

Case: 1:08-cv-00810
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve:
Metropolitan Police Sergeant Curt Sloan
Metropolitan Police Department of Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAY - 9 2008

CLERK                                              DATE

(By) DEPUTY CLERK