UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JULIANN ANDREEN,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-0810 (ESH) |
| **CATHY LANIER,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion issued this date, defendants' motions to dismiss [Dkt. 5, 14] are **GRANTED**. Counts I, II, III, IV, VII, and VIII are dismissed with prejudice and Counts V and VI are dismissed without prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   August 26, 2008